GEORGE W. PLATT, JR., v. GILBERT V. HUNTER AND OTHERS.

Order reversed, with costs and disbursements.

Opinion per CURIAM.

WILLIAM R. McCULLOUGH AND BERNARD REILLY, AS SHERIFF, ETC., RESPONDENTS, v. GEORGE CARRIGAN, APPELLANT.

Re-argument ordered, for the reason that two judges were disqualified.

# 𝔐emoranda of ℭases

DETERMINED IN THE

# THIRD DEPARTMENT,

AT

# GENERAL TERM,

## 𝔐ay, 1880.

---

CHAUNCEY STEVENS, RESPONDENT, v. OLIVER GLOVER, APPELLANT.

Motion to open default denied, with $10 costs.

---

FREDERICK T. WRIGHT, APPELLANT, v. HARMON W. VAN BUREN AND OTHERS, RESPONDENTS.

Order affirmed, with $10 costs, and printing disbursements.

---

IN THE MATTER OF DELOS M. POWERS, AN ATTORNEY, ETC.

Motion to strike name from roll granted. See order on file.

---

L. M. PAYNE AND A. S. STORM, APPELLANTS, v. FENNI-MORE C. TERRY, RESPONDENT.

Appeal dismissed on authority of *Andrews* v. *Long*, 9 Week. Dig., 513.

---

JAMES ECKERSON AND OTHERS, APPELLANTS, v. JOHN PIER, RESPONDENT, IMPLEADED WITH OTHERS.

Order affirmed, with $10 costs, and printing disbursements.

---

FRANK F. HATHAWAY, AS ADMINISTRATOR, ETC., APPELLANT, v. NATHANIEL ELMORE, AND OTHERS, RESPONDENTS.

Appeal dismissed, with costs.

[281]